UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CR0216 CDP/TCM |
| | ) | |
| CHARLES DAVID HANER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter is before the Court on Defendant's Motion to Extend the Deadline for Filing Pretrial Motions and Continue the May 18, 2009, Pretrial Motion Hearing. [Doc. 15].

Defendant advises the Court that the Defendant requires more time to conduct a forensic analysis on Defendant's computer hard drive to assist in a possible defense. Counsel for Defendant asks for forty-five days to conduct this review and analysis.

The Court finds that denying Defendant's motion to continue would deny Defendant and Defendant's counsel the opportunity to review relevant information prior to filing motions or waiving that right.

Therefore, taking into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and prepare additional pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(c)(1).

Defendant's motion is Granted.

Motions are to be filed no later than June 13, 2009. Government's response to motions to be filed no later than June 17, 2009. Evidentiary Hearing is now scheduled **June 23, 2009**, at **9:00 a.m.**

    /s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of May, 2009.