UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>   vs.  )<br>  )<br> CHARLES DAVID HANER, )<br>  )<br>   Defendant. ) | Case No. 4:09CR216 CDP |

## ORDER

This matter is before the Court on defendant Charles David Haner's motion to suppress evidence, his motion to suppress statements, and the report and recommendation of the U.S. Magistrate Judge.

Pursuant to 28 U.S.C. § 636(b), the motion to suppress was referred to United States Magistrate Judge Thomas C. Mummert. Judge Mummert held an evidentiary hearing and recommended that the motions be denied. Defendant has not filed any objections to the Report and Recommendation, and his time for doing so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#35] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Charles David Haner's motion to suppress evidence [#24] and his motion to suppress statements [#25] are denied.

**IT IS FINALLY ORDERED** that the Jury Trial in this matter remains set for **Monday, December 7, 2009 at 8:30 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2009.